| | | |
|---|---|---|
| 07/18/2019 | THURSDAY | Judge Trish M Brown |
| 10:30  19-3023 tmb ap | Colonial Oaks Mobile Home Park, LLC v. Leitgeb et al | |
| 18-33183 | **Continued Pretrial Conference** | |
| | Colonial Oaks Mobile Home Park, | NICHOLAS J HENDERSON |
| | Terry Desylvia - dft | JOHNSTON A MITCHELL |

Evidentiary Hearing:   Yes: ☐   No: ☑

- Buyer backed out of the sale cd forfeited the earnest money. Debtor hopes to have the property sold.
- Settled but dependant on a sale now trying to find a new buyer

Set over. 10/22/19 @ 10:30

Order extending deadlines will be submitted

Order to be prepared by: ☐ Clerk's Office  ☐ Chambers  ☑ Mr. Mitchell

**OD3 - Dismissal Order**
  #1 _____ Settled _____ (21) days.
  #2 _____ to Prepare Judgement/order _____ (21) days.
  #3 _____ No answer _____ (21) days.

**OFRCP - Rule 26 Order**
  #1 _____ Planning Conf. by ___-___-___ / Conf. Report by ___-___-___.
  #2 _____ Planning Conf. by ___-___-___ / No report.
  #3 _____ Discovery can proceed.
  #4 _____ No Planning Conf./Initial disclosures by ___-___-___.
  #5 _____ Discovery limited to _____.

Docket Entry:

Run Date:   07/18/19

Case 19-03023-tmb   Doc 12   Filed 07/18/19